**United States District Court - Eastern District of New York**

BEHRINGER ) Index No.: 08CV4899
)
)
)
Plaintiff ) **AFFIDAVIT OF SERVICE**
v. )
LAVELLE SCHOOL FOR THE BLIND, ET AL. )
)
)
Defendant )

STATE OF New York: COUNTY OF New York     ss:

I, MARVIN COHEN, being duly sworn depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York. That on JUNE 24, 2008 at 2:00 PM at 3830 PAULDING AVE, BRONX, NY 10469, deponent served the within SUMMONS IN A CIVIL CASE, COMPLAINT on LAVELLE SCHOOL FOR THE BLIND therein named.

**CORPORATION/BUSINESS:** by delivering thereat a true copy of each to MAUREEN LIZARAZO personally, deponent knew said corporation/business so served to be that described in legal papers and knew said individual to be the ADMINISTRATIVE ASSISTANT thereof.

**DESCRIPTION:** Deponent further states that the description of the person actually served is as follows:
Gender: Female    Race/Skin: White    Hair: Blonde    Glasses: Yes    Age: 60    Height: 5'2"    Weight: 140

**COMMENTS:** Recipient represented to me that she is authorized to accept service of process on behalf of Lavelle School for the Blind.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Marvin Cohen, Lic. #0867318
Target Research LLC
20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Subscribed and sworn to before me, a notary public, on this _06th_ day of _June_, 2008.
My Commission Expires: 3/28/09
Notary Public

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in New York County
Commission Expires March 28, 2009