**United States District Court - Eastern District of New York**

| | |
|---|---|
| BEHRINGER | ) Index No.: 08CV4899 |
| | ) |
| Plaintiff | ) **AFFIDAVIT OF SERVICE** |
| v. | ) |
| LAVELLE SCHOOL FOR THE BLIND, ET AL. | ) |
| Defendant | ) |

STATE OF New York: COUNTY OF New York    ss:

I, MARVIN COHEN, being duly sworn depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York. That on JUNE 24, 2008 at 2:00 PM at 3830 PAULDING AVE, BRONX, NY 10469, deponent served the within SUMMONS IN A CIVIL CASE, COMPLAINT on FRANK SIMPSON therein named (the intended recipient).

**SUITABLE AGE PERSON:** By delivering a true copy of each to MAUREEN LIZARAZO, the COWORKER of FRANK SIMPSON, a person of suitable age and discretion. Said premises is intended recipient's business within the state.

On 6/25/2008 Deponent also enclosed a copy of same in a postpaid sealed wrapper marked "personal and confidential" and not indicating on the wrapper that the correspondence pertained to a lawsuit or was from an attorney, properly addressed to the above intended recipient at 3830 PAULDING AVE, BRONX, NY 10469 and deposited said wrapper in a official depository under exclusive care and custody of the United States Postal Service within New York State.

**DESCRIPTION:** Deponent further states that the description of the person actually served is as follows:
Gender: Female    Race/Skin: White    Hair: Black    Glasses: Yes    Age: 60    Height: 5'2"    Weight: 140

**COMMENTS:**

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Marvin Cohen, Lic. #0867318
Target Research LLC
20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Subscribed and sworn to before me, a notary public, on this 26th day of June, 2008.
My Commission Expires: 3/28/09

Notary Public
CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in New York County
Commission Expires March 28, 2009

ID: 08-004520                                                                Client Reference: Behringer v. Lavelle

Target Research LLC  •  20 Vesey Street, PH, New York, NY 10007  •  (212) 227-9600