UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

ELEANOR ("RONNIE") BEHRINGER,   :   Honorable John G. Koeltl

        Plaintiff,   :   Civil Action No. 08-4899 (JGK-THK)

vs.   :

LAVELLE SCHOOL FOR THE BLIND   :   **DEFENDANT LAVELLE SCHOOL FOR THE BLIND'S FEDERAL CIVIL RULE 7.1 DISCLOSURE STATEMENT**
AND FRANK SIMPSON,   :

        Defendants.   :

------------------------------------------------------------x

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for corporate Defendant, Lavelle School for the Blind, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly-held.

    None.

Dated: New York, New York
       July 14, 2008

                                                KELLEY DRYE & WARREN LLP

                                                By: _____
                                                       Jean Y. Park
                                                101 Park Avenue
                                                New York, New York 10178
                                                212-808-7649
                                                 Attorneys for Defendants

NY01/PARKJE/1295195.1