# KELLEY DRYE & WARREN LLP

A LIMITED LIABILITY PARTNERSHIP

101 PARK AVENUE

NEW YORK, NEW YORK 10178

(212) 808-7800

FACSIMILE
(212) 808-7897

www.kelleydrye.com

WASHINGTON, DC
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ
BRUSSELS, BELGIUM

AFFILIATE OFFICES
MUMBAI, INDIA

DIRECT LINE (212) 808-5019
EMAIL jpark@kelleydrye.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 5/17/10

May 17, 2010

**VIA FACSIMILE (212) 805-7912**

Honorable John G. Koeltl
United States District Judge
United States District Court
 for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

    Re:    Behringer v. Lavelle School for the Blind & Frank Simpson
             Civil Action No. 08-4899 (JGK-THK)

Dear Judge Koeltl:

    As you now, we represent Defendants, Lavelle School for the Blind and Frank Simpson (collectively, "Defendants"), in connection with the above-referenced matter. We write in response to plaintiff's letter-application for an extension of time to file her papers in opposition to Defendants' motion to dismiss and/or for summary judgment, which was filed on April 23, 2010.

    While we have no objection to this request – which marks a second extension for plaintiff -- we ask that the proposed alternate date for Defendants' reply be moved from June 8, 2010 to June 11, 2010. I made plans to be out of the office from June 4th through June 9th and have other motion papers due in another case before Your Honor on June 9th.

    The revised briefing schedule would be as follows:

| | |
|---|---|
| May 25, 2010: | Revised deadline for Plaintiff's opposition |
| June 11, 2010: | Revised deadline for Defendants' reply |

Respectfully submitted,

Jean Y. Park

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.
5/17/10

cc:    Kenneth Goldberg, Esq.
       Attorney for Plaintiff (by email)

NY01/PARKJE/1410217.2