# KELLEY DRYE & WARREN LLP

A LIMITED LIABILITY PARTNERSHIP

**101 PARK AVENUE**

**NEW YORK, NEW YORK 10178**

(212) 808-7800

WASHINGTON, DC
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
MUMBAI, INDIA

FACSIMILE
(212) 808-7897
www.kelleydrye.com

JEAN Y. PARK

DIRECT LINE: (212) 808-5019
EMAIL: jpark@kelleydrye.com

January 24, 2011

**VIA FACSIMILE**

Honorable John G. Koeltl
United States District Judge
United States District Court
 for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/11

Re: Behringer v. Lavelle School for the Blind *et al.*
Civil Action No. 08-4899 (JGK-THK)

Dear Judge Koeltl:

We represent Defendants in the above-referenced action, which is currently scheduled to proceed to trial on February 11, 2011 on 48 hours' notice.

We write, with plaintiff's consent, to request an extension of this trial ready date to March 4, 2011, and a commensurate extension of pre-trial submission due dates from January 31, 2011 to February 21, 2011.

This is Defendants' first request for an extension. We require this extension due to the School's recess schedule and the impact of that schedule on the School's key witnesses, including Ms. Nanry and Tucker, and because of my work schedule and pre-existing family commitments, which require me to be in Michigan for much of the month of February 2011. I am the only attorney at Kelley Drye who has been involved in this case since its inception and will be the principal attorney representing Defendants at trial.

We thank Your Honor for his consideration.

Respectfully submitted,

Jean Y. Park

**APPLICATION GRANTED
SO ORDERED**

John G. Koeltl, U.S.D.J.
1/24/11

cc: Kenneth Goldberg, Esq. (by e-mail)
    *Attorneys for Plaintiff*

NY01/PARKJE/1455232.1