UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ELEANOR ("RONNIE") BEHRINGER,

                Plaintiff,

       - against -                        **Index No. 1:08-cv-04899-JGK-THK**

LAVELLE SCHOOL FOR THE BLIND AND
FRANK SIMPSON,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF ELEANOR ("RONNIE") BEHRINGER

STATE OF NEW YORK      )
                              : ss.:
COUNTY OF NEW YORK   )

       ELEANOR ("RONNIE") BEHRINGER, being duly sworn, deposes and says:

       1.    I make this affidavit voluntarily, with a complete understanding of its contents, knowing that it will be used in legal proceedings, and knowing that I am swearing to the truth of the statements made by me in this affidavit.

       2.    I make this affidavit in opposition to Defendants' Omnibus Motion *in Limine* To Exclude Proposed Exhibits and Witnesses.

       3.    On March 23, 2011, I obtained from Silver Hill Hospital certified copies of my medical records, true and correct copies of which are attached hereto as Exhibit A.

       4.    The records I obtained on March 23, 2011 are clearer copies of records I previously obtained from Silver Hill and produced in this lawsuit, true and copies of which are attached hereto as Exhibit B.

_____
Eleanor ("Ronnie") Behringer

Sworn to before me
this 24th day of March 2011

_____
Notary Public

KENNETH A. GOLDBERG
Notary Public, State of New York
No: 02GO5061677
Qualified in New York County
Commission Expires ~~June 10, 1998~~
July 27, 2014