# EXHIBIT A

## CERTIFICATION

The undersigned being duly sworn does depose and say:

1. That (she)/he is the person in charge of the Health Information Department of Silver Hill Hospital, New Canaan, Connecticut.

2. That the attached is a true copy of the record of _Eleanor Behringer  5 pgs_ in said hospital.

3. That said record was made in the regular course of the business of said hospital and that it was the regular course of such business to make such a record at the time of the transactions, occurrences, or events recorded therein or within a reasonable time thereafter.

_____
Health Information Administrator

Dated at New Canaan, Connecticut, this _23_ day of _March_ 2010

## Silver Hill Hospital Patient Registration

| Field | Value |
|---|---|
| Admit Date | 05/02/93 |
| Admit Time | 11:00A |
| DC Date | 5/26/93 |
| Medical Record # | 10-68-91 |
| Patient Name (Last, First, MI) | BEHRINGER ELEANOR |
| Age | 35 |
| Marital Status | MAR |
| Referral Type | PROFESSIONAL |
| Account # | 21642 |
| Address | UNION AVENUE NORWALK CT 06851 |
| Phone | 203-847-9442 |
| Employer | LA SALLE SCHOOL |
| Employer Address | E 221 ST AND PAULDING AVE NEW YORK NY 10467 |
| Employer Phone | 212-882-1212 |
| Occupation | TEACHER |
| NLR | BEHRINGER |
| RTP Address | 28 UNION AVENUE NORWALK CT 06851 |
| Phone | 203-847-9442 |
| Work Phone | 212-549-7519 |
| Guarantor Address | 28 UNION AVENUE NORWALK CT 06851 |
| Phone | 203-847-9442 |
| Guarantor's Employer Address | E 221 ST AND PAULDING AVE NEW YORK NY 10467 |
| Occupation | TEACHER |
| Work Phone | 212-882-1212 |
| Other Professional Contact | B4 — NORWALK MEDICAL CT, NORWALK CT |
| Assigned MD | SCHUSTER CARLAT |

MAY 10 1993

CLINICAL RECORD
SILVER HILL HOSPITAL, INC.
New Canaan, Connecticut 06840

NAME: BEHRINGER, ELEANOR       MR#: 10-68-91       ACCT.#: 21642

DISCHARGE SUMMARY                                   Page 1

Date of Admission: 5/2/93              Date of Discharge: 5/26/93

Admission Diagnoses:

| | | |
|---|---|---|
| Axis I | Major depression | 296.23 |
| | Alcohol dependence | 303.90 |
| | Rule out anxiolytic dependence | |
| Axis II | No diagnosis | V71.09 |
| Axis III | Status post four seizures | |
| Axis IV | Psychosocial stressors: moderate - 3 | |
| Axis V | Current GAF: 40 | |
| | Highest GAF past year: 60 | |

Discharge Diagnoses:

| | | |
|---|---|---|
| Axis I | Alcohol dependence | 303.90 |
| Axis II | No diagnosis | V71.09 |
| Axis III | Status post four seizures | |
| | Hypothyroidism | 244.90 |
| Axis IV | Psychosocial stressors: moderate - 3 | |
| Axis V | Current GAF: 55 | |
| | Highest GAF past year: 60 | |

Reason For Admission: "If I don't take care of this now it will kill me."

Hospital Course and Condition at the Time of Discharge: This document includes information from Nursing, Social Work, and TA. Medical information as well as family involvement history are also included.

The patient was admitted to Main House, Service B. The problems addressed were as follows:

Problem #1 - Depression, Passive Suicidal Ideation, History of Suicide, and Alcoholism in the Family: The goal was improved concentration and energy, no suicidal ideation, and increased optimism.

We learned, shortly after intake, that the patient had an extremely elevated TSH. She was hypothyroid and this possibly explained her depression. She was seen by Dr.

CLINICAL RECORD
SILVER HILL HOSPITAL, INC.
New Canaan, Connecticut  06840

NAME: BEHRINGER, ELEANOR        MR#: 10-68-91        ACCT.#: 21642

DISCHARGE SUMMARY                                    Page 2

Papaharis who placed her on Synthroid. Thyroid function tests improved and so did the patient's affect. She was no longer suicidal. She had brief bouts of tearfulness. Her concentration improved as well as her energy, and her optimism about the future increased markedly.

Problem #2 - Relapse After Eight Years of Sobriety Leading to Suspension of her Driver's License, Blackouts, Seizures, and an Overdose of Doxepin: The goal was safe detoxification.

This took place gradually because of the patient's history of seizures and was completed on 5/17/93. The patient did become somewhat more anxious after the discontinuation of the Valium which we had used as the detoxifying agent. We did this because we could never rule in or out a physical dependence on anxiolytics as well as alcohol since there were benzodiazepines in her urine on admission. We did it slowly also because of a history of seizures which Dr. Levine, a neurologist whom we spoke to on the phone and whom the patient had seen prior to admission, thought could either be due to withdrawal or Doxepin toxicity. The patient had been prescribed Doxepin in a previous hospitalization in California, and when she came into the hospital was on a toxic level of the drug.

The long-term goal was for the patient to learn better relapse-prevention techniques and demonstrate a willingness to apply them.

Mrs. Behringer had been abstinent from alcohol for eight years but had moved from the Bronx to Norwalk and did not pursue an AA network in Norwalk although her husband had done so. She also worked part-time in a country club in which liquor was being served constantly. She had intense cravings for alcohol. As her disposition improved, she developed an abhorrence of relapse and a resolve to pursue a support network here in Norwalk. She was seen in conjoint therapy with her husband on two occasions in which he outlined how grave a threat to his sobriety her drinking behavior was. He gave her an ultimatum about relapse, specifying that he would not be able to tolerate it if she drank again.

Problem #3 - Hypothyroidism: This was addressed in Problem #1.

Medications at Time of Discharge: Synthroid 0.1 mg p.o. qday at 8am, Robaxin 750 mg p.o. tid.

CLINICAL RECORD
SILVER HILL HOSPITAL, INC.
New Canaan, Connecticut 06840

NAME: BEHRINGER, ELEANOR    MR#: 10-68-91    ACCT.#: 21642

DISCHARGE SUMMARY    Page 3

**Presence or Absence of Abnormal Movements**: At no time did the patient display any movements suggestive of tardive dyskinesia.

**Physical Examination**: Within normal limits with a resolving hematoma on the occipital region.

**Consultations**: The patient saw Dr. Papaharis on 5/5 because of abnormal thyroid function tests and because she had fallen on her left shoulder prior to admission and was having pain. Dr. Papaharis's comments were, "Primary acromic clavicle injury." He prescribed Motrin and ice for improved range of motion. He also said that, since the TSH was 58 with an abnormal T4 and free T4 index, she had hypothyroidism and placed her on Synthroid 0.1 mg qday. She was seen by Dr. Schein because she still had pain in the left shoulder with lack of response to Motrin. She was prescribed a cervical collar and placed on Voltaren. She was seen by Dr. Papaharis on 5/24 to review her thyroid function tests. He said her thyroid function tests showed improvement, her free T4, her T4, and her T3 uptake were normal, and her TSH was 7.2. He advised continuing the Synthroid and repeating the thyroid function tests within one month. If they were not normal he would then increase the Synthroid. The patient was also sent for an MRI of her cervical spine because she did not respond to the change in anti-inflammatory medication and developed some numbness in her arms bilaterally. The report came back after she was discharged and suggested arthritis. A CT scan and x-ray plate of the cervical spine were recommended and I informed the patient of this.

**Laboratory Data**: EEG within normal limits, EKG showed sinus rhythm with a vertical axis. QRS was normal. T wave was flat in V3, 4, and 6, and was negative or diphasic in V5. Urine was positive only for benzodiazepines during the patient's stay. Thyroid function tests were abnormal as mentioned. Serum cholesterol was also 314 which was related to the patient's hypothyroidism. Her SGOT was 51. Her T4 was 3.3, her T3 uptake was 27.2 and her free T4 index was 0.9. On admission her TSH was 58. Her HDL was 45. Repeat thyroid function tests on 5/13/93 indicated a T4 of 5.9, T3 uptake of 32.2, free T4 index of 1.9 and a TSH of 14. On 5/20/93 the patient's T4 was 8.6, T3 uptake 32.6, free T4 index was 2.8 and her TSH was 7.2. On admission her doxepin level was 254 and the metabolite, desmethyldoxepin was 456 giving a total of 710 ng per ml. CBC was normal. VDRL was non-reactive. HCG was negative. Stools for occult blood were negative. Urinalysis was within normal limits.

**Special Diet**: Regular diet.

CLINICAL RECORD
SILVER HILL HOSPITAL, INC.
New Canaan, Connecticut 06840

NAME: BEHRINGER, ELEANOR          MR#: 10-68-91          ACCT.#: 21642

DISCHARGE SUMMARY                                         Page 4

**GAF Anticipated Six Months Post-Discharge and Rationale**: 60 if the patient remains abstinent from alcohol.

**Aftercare Plan**: The patient left the hospital accompanied by her husband. She has plans to continue in outpatient therapy with Ray Messina, C.S.W. He had been her therapist for many years and she also participated in the support group that he ran. Therapy had been targeted to substance abuse.

*Carlotta L. Schuster* (signature)
Carlotta L. Schuster, M.D.
CLS/rt

DD:6/4/93
DT:6/4/93
DR:6/9/93
DF:6/9/93
JUN 09 1993

# EXHIBIT B

| Silver Hill Hospital Patient Registration | | | | | | | Admit Date 05/02/93 | Admit Time 11:00A |
|---|---|---|---|---|---|---|---|---|
| Patient Name (Last, First, MI) | | | Other (Maiden) Name | | | | DC Date 5/26/93 | Medical Record # 10-68-91 |
| Sex | Birthdate | Birthplace | Age 35 | Race 1 | Marital Status MAR | Religion 22 | Referral Type PROFESSIONAL | Account # 21642 |
| Address UNION AVENUE NORWALK CT 06851 | | | | | | | Phone 203-847-9442 | Social Security # |
| Employer LOVALLE SCHOOL | | | Address E 221 ST AND PAULDING AVE NEW YORK NY 10469 | | | | Phone 212-882-1212 | Occupation TEACHER |
| NLR | | RTP | Address 28 UNION AVENUE NORWALK CT 06851 | | | | Phone 203-847-9442 | Work Phone 212-549-7519 |
| Other Person to Notify | | RTP | Address | | | | Phone | Work Phone |
| Guarantor | | RTP | Address 28 UNION AVENUE NORWALK CT 06851 | | | | Phone 203-847-9442 | Social Security # |
| Guarantor's Employer | | | Address E 221 ST AND PAULDING AVE NEW YORK NY 10469 | | | | Occupation TEACHER | Work Phone 212-882-1212 |
| PC Req. | Precertification Co. | | Address | | Contact's Name | | Reference # | Phone |
| Primary Health Insurance Company NY | | | | Address | | | | |
| Insured | | RTP | Insured's SSN NONE | Group No. | | Policy No. | | |
| Secondary Health Insurance Com. | | | | | Address | | | |
| Insured | | RTP | Insured's SSN NONE | Group No. | | Policy No. | | |
| Family Physician | | | Degree | Address | | | Phone | R.S.C.F. |
| Treating Therapist | | | Degree | Address | | | Phone | R.S.C.F. |
| Other Professional Contact | | | Degree MD | Address NORWALK MEDICAL CTR NORWALK CT 06851 | | | Phone 203-845-2222 | R.S.C.F. 1 N |
| Adv. Dir. | Health Care | | | RTP | Address | | Phone | |
| Att MD | | | Assigned MD SCHUSTER CARLOTTA | | Assg. Consultant | Visit Type INP | Adm Type 1 | Adm Ser. 3 | House 1 | Room 114-1 | Acc IN |

MAY 10 1993

MEDICAL RECORDS #1 UNIT COPY A

CONFIDENTIAL

P0048



CLINICAL RECORD
SILVER HILL HOSPITAL, INC.
New Canaan, Connecticut  06840

NAME: RINGER, ELEANOR           MR#: 10-68-91           ACCT.#: 21642

DISCHARGE SUMMARY                                        Page 1

Date of Admission: 5/2/93           Date of Discharge: 5/26/93

Admission Diagnoses:

| Axis I | Major depression | 296.23 |
|---|---|---|
| | Alcohol dependence | 303.90 |
| | Rule out anxiolytic dependence | |
| Axis II | No diagnosis | V71.09 |
| Axis III | Status post four seizures | |
| Axis IV | Psychosocial stressors: moderate - 3 | |
| Axis V | Current GAF: 40 | |
| | Highest GAF past year: 60 | |

Discharge Diagnoses:

| Axis I | Alcohol dependence | 303.90 |
|---|---|---|
| Axis II | No diagnosis | V71.09 |
| Axis III | Status post four seizures | |
| | Hypothyroidism | 244.90 |
| Axis IV | Psychosocial stressors: moderate - 3 | |
| Axis V | Current GAF: 55 | |
| | Highest GAF past year: 60 | |

Reason for Admission: "If I don't take care of this now it will kill me."

Hospital Course and Condition at the Time of Discharge: This document includes information from Nursing, Social Work, and TA. Medical information as well as family involvement history are also included.

The patient was admitted to Main House, Service B. The problems addressed were as follows.

Problem: Depression, Passive Suicidal Ideation, History of Suicide, and Alcoholism in the Family. The goal was improved concentration and energy, no suicidal ideation, and increased optimism.

We learned, shortly after intake, that the patient had an extremely elevated TSH. She was hypothyroid and this possibly explained her depression. She was seen by Dr.

CONFIDENTIAL                                            P0143

CLINICAL RECORD
SILVER HILL HOSPITAL, INC.
New Canaan, Connecticut 06840

NAME: B... INGER, ELEANOR        MR#: 10-68-91           ACCT.#: 21642

DISCHAR... SUMMARY                                        Page 2

Papahari... placed her on Synthroid. Thyroid function tests improved and so did the patien... ffect. She was no longer suicidal. She had brief bouts of tearfulness. Her conc... tion improved as well as her energy, and her optimism about the future increased... kedly.

Problem ... Relapse After Eight Years of Sobriety Leading to Suspension of her Driver's L... e, Blackouts, Seizures, and an Overdose of Doxepin: The goal was safe deto... tion.

This took ... gradually because of the patient's history of seizures and was completed... 5/17/93. The patient did become somewhat more anxious after the discontinu... of the Valium which we had used as the detoxifying agent. We did this because w... ould never rule in or out a physical dependence on anxiolytics as well as alcohol sir... here were benzodiazepines in her urine on admission. We did it slowly also becau... of a history of seizures which Dr. Levine, a neurologist whom we spoke to on the ... e and whom the patient had seen prior to admission, thought could either be c... o withdrawal or Doxepin toxicity. The patient had been prescribed Doxepin ir... revious hospitalization in California, and when she came into the hospital was on... xic level of the drug.

The long-t... goal was for the patient to learn better relapse-prevention techniques and demo... te a willingness to apply them.

Mrs. Behri... had been abstinent from alcohol for eight years but had moved from the Bronx t... orwalk and did not pursue an AA network in Norwalk although her husband h... one so. She also worked part-time in a country club in which liquor was being ... ed constantly. She had intense cravings for alcohol. As her disposition improved, ... developed an abhorrence of relapse and a resolve to pursue a support network he... Norwalk. She was seen in conjoint therapy with her husband on two occasions ... nich he outlined how grave a threat to his sobriety her drinking behavior was. He g... her an ultimatum about relapse, specifying that he would not be able to tolerate it if ... drank again.

Problem #... ypothyroidism: This was addressed in Problem #1.

Medication... ime of Discharge: Synthroid 0.1 mg p.o. qday at 8am, Robaxin 750 mg p.c...

CONFIDENTIAL                                                          P0144

CLINICAL RECORD
SILVER HILL HOSPITAL, INC.
New Canaan, Connecticut 06840

NAME: BE⎯⎯GER, ELEANOR        MR#: 10-68-91        ACCT.#: 21642

DISCHARG⎯ ⎯UMMARY                                  Page 3

Presence ⎯ ⎯sence of Abnormal Movements: At no time did the patient display any
movement⎯ ⎯gestive of tardive dyskinesia.

Physical Ex⎯ ⎯ation: Within normal limits with a resolving hematoma on the occipital
region.

Consultatic⎯ The patient saw Dr. Papaharis on 5/5 because of abnormal thyroid
function tes⎯ ⎯d because she had fallen on her left shoulder prior to admission and
was having ⎯⎯. Dr. Papaharis's comments were, "Primary acromic clavicle injury."
He prescrib⎯ ⎯ Motrin and ice for improved range of motion. He also said that, since
the TSH wa⎯ ⎯ with an abnormal T4 and free T4 index, she had hypothyroidism and
placed her ⎯ ⎯ynthroid 0.1 mg qday. She was seen by Dr. Schein because she still
had pain in ⎯ ⎯eft shoulder with lack of response to Motrin. She was prescribed a
cervical coll⎯ ⎯d placed on Voltaren. She was seen by Dr. Papaharis on 5/24 to
review her t⎯ ⎯d function tests. He said her thyroid function tests showed improve-
ment, her fr⎯ ⎯4, her T4, and her T3 uptake were normal, and her TSH was 7.2. He
advised cont⎯ ⎯g the Synthroid and repeating the thyroid function tests within one
month. If th⎯ ⎯ere not normal he would then increase the Synthroid. The patient
was also se⎯ ⎯ an MRI of her cervical spine because she did not respond to the
change in an⎯ ⎯flammatory medication and developed some numbness in her arms
bilaterally. T⎯ ⎯eport came back after she was discharged and suggested arthritis. A
CT scan and⎯ ⎯y plate of the cervical spine were recommended and I informed the
patient of this⎯

Laboratory ⎯ EEG within normal limits, EKG showed sinus rhythm with a vertical
axis. QRS w⎯ ⎯ormal. T wave was flat in V3, 4, and 6, and was negative or diphasic
in V5. Urine ⎯ positive only for benzodiazepines during the patient's stay. Thyroid
function tests ⎯ e abnormal as mentioned. Serum cholesterol was also 314 which
was related t⎯ ⎯ patient's hypothyroidism. Her SGOT was 51. Her T4 was 3.3, her
T3 uptake wa⎯ ⎯.2 and her free T4 index was 0.9. On admission her TSH was 58.
Her HDL was⎯ ⎯ Repeat thyroid function tests on 5/13/93 indicated a T4 of 5.9, T3
uptake of 32.⎯ ⎯e T4 index of 1.9 and a TSH of 14. On 5/20/93 the patient's T4
was 8.6, T3 u⎯ ⎯e 32.6, free T4 index was 2.8 and her TSH was 7.2. On admission
her doxepin l⎯ ⎯ was 254 and the metabolite, desmethyldoxepin was 456 giving a
total of 710 n⎯ ⎯ ml. CBC was normal. VDRL was non-reactive. HCG was nega-
tive. Stools f⎯ ⎯cult blood were negative. Urinalysis was within normal limits.

Special Diet:    ⎯ular diet.

MAY 10 1993

CLINICAL RECORD
SILVER HILL HOSPITAL, INC.
New Canaan, Connecticut 06840

NAME: B[...]NGER, ELEANOR          MR#: 10-68-91          ACCT.#: 21642

<u>DISCHAR[...] SUMMARY</u>                                   Page 4

<u>GAF Antic[...]d Six Months Post-Discharge and Rationale</u>: 60 if the patient remains abstinent [...] alcohol.

<u>Aftercare</u> [...]  The patient left the hospital accompanied by her husband. She has plans to co[...]ue in outpatient therapy with Ray Messina, C.S.W. He had been her therapist fo[...] any years and she also participated in the support group that he ran. Therapy h[...] een targeted to substance abuse.

Carlotta L. [...]uster, M.D.
CLS/rt

DD:6/4/93
DT:6/4/93
DR:6/9/9[...]
DF:6/[...]
JUN 09 [...]

CONFIDENTIAL

P0146